UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PRESENT: HON. DONALD E. WALTER , Judge, Presiding | | Date:  May 2, 2017 |
| Gayle Wear , Court Reporter | | |
| Paula S. Jordan , Courtroom Deputy | | |

COURT OPENED: 12:00 P.M.    COURT ADJOURNED: 12:23 P.M.    TOTAL TIME IN COURT: /23

## MINUTES OF COURT

CASE NO.   16-cr-00048-02
Judge Walter/Mag. Judge Hanna

DEFENDANT: Gerald Savoy

GOVT. COUNSEL:  Mark Blumberg, Tona Boyd

DEFENSE COUNSEL: Randal McCann, Retained

__ Defendant in custody
_X_ Defendant on Bond, Bond cont'd
__ Bond set:

__ Bond cancelled
__ Failed to appear, warrant ordered

FILING: Witness List

---

__X__    Case called for Sentencing

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that as to Count 5 the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of _87_ months.

Upon release from imprisonment, the defendant will be placed on Supervised Release for a period of _2_ years, with the standard conditions and the mandatory conditions as follows:

    1.) The defendant shall not commit another federal, state, or local crime.

    2.) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    3.) The defendant shall refrain from any unlawful use or possession of a controlled substance.

    4.) Pursuant to the Justice for All Act of 2004, the defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Office.

Because the pre-sentence report indicated a low risk of future substance abuse, mandatory drug testing is suspended.

No fine is ordered in light of the defendant's inability to pay a fine. No restitution is ordered as there has been no request for restitution.

IT IS ORDERED that a special assessment of $100.00, is imposed on the defendant and is to be paid immediately.

IT IS FURTHER ORDERED the defendant is to self-report to the facility designated by the Bureau of Prisons on Monday, June 5, 2017 by 2:00 p.m. to begin service of his sentence. In the event that no facility has been designated, the defendant is to report to the United States Marshals Service Office in Lafayette, Louisiana, to begin service of his sentence.

   X     Dismissed counts: 1,3,& 4 of the second superseding indictment
   X     Defendant advised of right to appeal

COMMENTS: